In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00213-CR**
_____

**IN RE SURAFEL HAILU SOLOMON**

_____

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause Nos. F22-39310-0, F22-39311-0, and F22-39312-0**
_____

**MEMORANDUM OPINION**

Surafel Hailu Solomon filed a petition for a writ of mandamus asking this Court to compel the trial court to dismiss three criminal cases for lack of a speedy trial.

On February 6, 2026, Solomon filed a motion to dismiss the indictments with prejudice under article 28.061 of the Texas Code of Criminal Procedure for want of a speedy trial. *See* Tex. Code Crim. Proc. Ann. art. 28.061 (describing consequences of the dismissal of an indictment for lack of a speedy trial). Solomon did not request

1

a trial in the motion he filed with the trial court. According to Solomon, on March 16, 2026, the trial court instructed the staff to put the case on the trial docket.

Generally, "a defendant seeking to compel a dismissal of an indictment on speedy trial grounds has an adequate remedy at law" through an appeal if he is convicted. *Smith v. Gohmert*, 962 S.W.2d 590, 593 (Tex. Crim. App. 1998) (orig. proceeding). On this record, Relator has not established that he is entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on July 21, 2026
Opinion Delivered July 22, 2026
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.

2